**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KASHEMA LANG,** | |
| **Plaintiff,** | **1:24-cv-04351 (ALC)** |
| **-against-** | **ORDER OF DISCONTINUANCE** |
| **UNIFORMED SERVICES HEALTH PLAN,** and **MARIO AMAYA,** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:   April 24, 2026
         New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**